**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| VIVIAN ANN SNEAD | : | Case No. 17-11843-pmm |
| Debtor | : | |
| | : | |

## **ORDER**

Upon consideration of Debtor's Motion to Sell Real Property, it is hereby ORDERED that Debtor's Motion is GRANTED. Debtor is granted permission by the court to sell the real property located at 2930 Shakespeare Road, Bethlehem, PA 18017 ("Property"), free and clear of all liens, for a sales price of $284,900.00, pursuant to the terms of a certain real estate agreement of sale dated as of April 13, 2021, to the buyers thereunder, Wilfredo Colon and Evelyn Colon ("Buyers"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers, shall be distributed in the following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or other such routine matters | $2,508.15 |
| 2. | Real estate taxes, sewer, trash, and other such items | $3,099.00 |
| 3. | Real estate commission (4.50%) | $12,820.50 |
| | TOTAL | $18,427.65 |

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums disbursed.

After closing and upon trustee approval, after paying all liens in full and all costs of sale, the title clerk shall distribute $49,865.48 to Scott F. Waterman, Chapter 13 Trustee, to distribute to creditors pursuant to the terms of Debtor's Chapter 13 Plan. The remaining proceeds shall be paid over to the Debtor.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

BY THE COURT:

_____
PATRICIA M. MAYER
U.S. Bankruptcy Judge