**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| VIVIAN ANN SNEAD | : | Case No. 17-11843-pmm |
| Debtor | : | |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Date of Hearing:**     **May 27, 2021**
**Time of Hearing:**     **11:00 a.m.**

**Location:**     **U.S. Bankruptcy Court
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF MOTION TO SELL REAL PROPERTY, RESPONSE
DEADLINE, AND HEARING DATE**

Debtor, VIVIAN ANN SNEAD, filed a Motion to Sell Real Property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

1.    If you do not want the court to grant the relief sought in a motion or if you want the court to consider your views on the motion, then on or before **May 19, 2021**, you or your attorney must do all of the following:

(a) file an answer explaining your position at:

United States Bankruptcy Court
Eastern District of Pennsylvania
Clerk of the Court
201 Penn Street, Room 103
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

   The Law Office of Zachary Zawarski
   Zachary Zawarski, Esq.
   3001 Easton Avenue
   Bethlehem, PA 18017
   Phone: (610) 417-6345
   Fax: (610) 465-9790
   zzawarski@zawarskilaw.com

  2. If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3. A hearing on the motion is scheduled to be held on **May 27, 2021, at 11:00 AM** at United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601.

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: May 5, 2021  By: */s/ Zachary Zawarski*
        ZACHARY ZAWARSKI, ESQUIRE
        3001 Easton Avenue
        Bethlehem, PA 18017
        Phone: (610) 417-6345
        Fax: (610) 465-9790
        zzawarski@zawarskilaw.com
        Attorney ID No.: 308348
        Attorney for Debtor